**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ROBERT JAMES BLY                                                                                          PLAINTIFF
ADC #150440

V.                                        NO: 2:12CV00058 JMM/HDY

KINTRELL *et al.*                                                                                         DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Arkansas Department of Correction are DISMISSED WITH PREJUDICE, and the Arkansas Department of Correction's name is removed as a party Defendant.

DATED this 8th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE