IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ROBERT JAMES BLY                                                                               PLAINTIFF
ADC #150440

V.                                        NO: 2:12CV00058 HDY

ALBERT KITTRELL *et al.*                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against the Arkansas Department of Correction, and without prejudice with respect to Plaintiff's claims against Albert Kittrell; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   17   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE